NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY PEARCE,                              )
                                           )
              Appellant,                   )
                                           )
v.                                         )       Case No. 2D15-3078
                                           )
BRANCH BANKING AND TRUST                   )
COMPANY as Successor by                    )
merger to REPUBLIC BANK                    )
ONEWEST BANK, FSB;                         )
STIRLING HEIGHTS                           )
HOMEOWNERS ASSOCIATION,                    )
INC.; UNKNOWN SPOUSE OF                    )
LARRY PEARCE; and OKSANA L.                )
PEARCE,                                    )
                                           )
              Appellees.                   )
_____)

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Pinellas County; Marion L. Fleming,
Judge.

Larry Pearce, pro se.

Morgan L. Weinstein of Weinstein Law,
P.A., Hollywood; and Marian Kennady
and David A. Friedman of Van Ness Law
Firm, PLC, Deerfield Beach, for Appellee
Branch Banking & Trust Company.

No appearance for remaining
Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.